CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 13 2012

JULIA ....EY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD EUGENE CASEY, | CASE NO. 7:12CV00107 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| BOBBY D. RUSSELL, ET AL., | By:  James C. Turk |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motion to amend is **GRANTED**, but the complaint as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous; plaintiff's motion for interlocutory injunctive relief and motion to proceed *in forma pauperis* are **DENIED** as moot, and this action is stricken from the active docket of the court.

ENTER: This 12th day of March, 2012.

*/s/ James C. Turk*
Senior United States District Judge